THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT FAHEY, | : |
| **Plaintiff** | : |
| | : 3:13-CV-02175 |
| vs. | : |
| | : (Judge MARIANI) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : |
| **Defendant** | : |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

    1. The Clerk of Court shall enter judgment in favor of Robert Fahey and against the Commissioner as set forth in the following paragraph.

    2. The decision of the Commissioner of Social Security denying Robert Fahey disability insurance benefitis is vacated and the case remanded to the Commissioner of Social Security to:

    2.1 Conduct a new administrative hearing and appropriately evaluate step one of the sequential evaluation process and, if appropriate, the remaining steps of the sequential evaluation process..

    3. The Clerk of Court shall close this case.

_____
Robert D. Mariani
United States District Judge

Date: November 18, 2014